# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158005(65)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JEFFREY S. MANIACI,
      Plaintiff-Appellant,

v

THOMAS DIROFF and MANDY DIROFF,
      Defendants-Appellees,
and

KENNETH G. SILER AND TONYA L.
SILER REVOCABLE TRUST,
      Appellee.

SC: 158005
COA: 333952
Gladwin CC: 14-007559-CH

_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before July 12, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk